**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CLAUDETTE MILLER, etc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:21-cv-325-TFM-MU** |
| | ) | |
| **REOSHA BUTLER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On May 24, 2024, the Magistrate Judge issued a Report and Recommendation which recommends the Defendants' motion to dismiss (Doc. 81, filed 3/4/24) be granted in part and denied in part. *See* Doc. 91. No objections were filed and the time frame has passed. Therefore, the matter is ripe for review.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 91) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** as follows:

(1)     The motion to dismiss the second amended complaint as a shot gun pleading is **DENIED**;

(2)     The motion to dismiss "newly raised claims" and "newly named defendants" is **DENIED**;

(3)     Defendants' motion to dismiss all claims for declaratory relief is **GRANTED** and all claims seeking declaratory relief are **DISMISSED as moot**;

(4)     Defendants Butler and Dunn's motion to dismiss any claim asserted against them in their official capacity is **GRANTED** and any such claim is **DISMISSED with prejudice**;

(5)     Defendant Butler's motion to dismiss Count IV (State-Created Danger) on qualified immunity grounds is **GRANTED** and the claims asserted against Butler in Count IV are **DISMISSED with prejudice**;

(6)     Defendant Dailey's motion to dismiss Count IV (State-Created Danger) on qualified immunity grounds is **DENIED**;

(7)     Defendants' motion to dismiss Count V (§ 1985(3) Conspiracy) is **GRANTED** for failure to state a claim and Count V is **DISMISSED without prejudice**;

(8)     Defendant Butler and Dunn's motion to dismiss Count VII (Supervisory Liability) on qualified immunity grounds is **DENIED**;

(9)     Defendants Dailey and Nelson's motion to dismiss Count VIII (First Amendment) is **GRANTED** for failure to state a claim and Count VIII is **DISMISSED without prejudice**; and

(10)     Defendant's motion to dismiss Count VI (State Law Wrongful Death) on state-agent immunity grounds is **DENIED**.

**DONE** and **ORDERED** this 11th day of June, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE